## DRAKE *et al. v.* BROADUS.

LUMPKIN, P. J.    There was no error or inaccuracy in the charge of the court
which could have misled the jury to the plaintiffs' injury; the evidence
objected to was properly admitted; and, as there was ample evidence to
warrant the verdict in the defendant's favor, there was no abuse of dis-
cretion in overruling the plaintiffs' motion for a new trial.

*Judgment affirmed.    All the Justices concurring.*

Argued March 7. — Decided April 7, 1900.

Foreclosure of mortgage.    Before Judge Felton.    Bibb
superior court.    April term, 1899.

*John R. L. Smith*, for plaintiffs.
*Hardeman, Davis & Turner*, for defendant.